In the Matter of the Estate of ANASTASIA SANDROCK, Deceased.

HENRY W. BURT, Appellant; MICHAEL F. FALLON et al., Respondents.

*Matter of Sandrock,* 120 App. Div. 898, affirmed.
(Argued October 7, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 12, 1907, which affirmed a decree of the Erie County Surrogate's Court removing the appellant herein as executor of the estate of Anastasia Sandrock, deceased.

*Adelbert Moot, Helen Z. M. Rodgers* and *James C. Beecher* for appellant.

*George P. Keating, Louis L. Babcock* and *Samuel M. Welch* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ. Not voting: HAIGHT, J.